| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | PEGGY SASSO, Bar #228906 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorney for Defendant |
| | JAMES LEE LANKFORD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0398 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING STATUS |
| | ) | CONFERENCE; ORDER THEREON |
| v. | ) | |
| | ) | |
| JAMES LEE LANKFORD and JON JON | ) | Date: March 26, 2012 |
| VANCE MCDADE, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendants. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michele L. Thielhorn, Counsel for Plaintiff, Assistant Federal Defenders Victor M. Chavez and Peggy Sasso, Counsel for Defendant James Lee Lankford, and Eric K. Fogderude, Counsel for Defendant Jon Jon Vance McDade, that the status conference currently set for February 13, 2012, may be continued to March 26, 2012, at 10:00 a.m.

The defense requests this additional period of time to explore case resolution. At the same time, defense investigation and preparation are ongoing.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the

best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: February 9, 2012   By:   /s/ *Michele L. Thielhorn*
 MICHELE L. THIELHORN
 Assistant United States Attorney
 Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: February 9, 2012   By:   /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
PEGGY SASSO
Assistant Federal Defenders
Attorneys for Defendant
JAMES LEE LANKFORD


DATED: February 9, 2012   By:   /s/ *Eric K. Fogderude*
ERIC K. FOGDERUDE
Attorney for Defendant
JON JON VANCE McDADE


**ORDER**

IT IS SO ORDERED.

Dated:   February 9, 2012
CHIEF UNITED STATES DISTRICT JUDGE