1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   PEGGY SASSO, Bar #228906
3  Assistant Federal Defender
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Counsel for Defendant
   JAMES LEE LANKFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0398 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE; ORDER THEREON |
| v. | ) | |
| JAMES LEE LANKFORD and JON VANCE MCDADE, | ) | Date: April 9, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michele L. Thielhorn, Counsel for Plaintiff, Assistant Federal Defenders Victor M. Chavez and Peggy Sasso, Counsel for Defendant James Lee Lankford, and Eric K. Fogderude, Counsel for Defendant Jon Jon Vance McDade, that the status conference currently set for March 26, 2012, may be continued to April 9, 2012, at 10:00 a.m.

The reason for the continuance is to allow the parties additional time for further plea negotiations and investigation. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4 best interests of the public and the defendant in a speedy trial.

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

DATED: March 22, 2012                   By:   /s/ *Michele L. Thielhorn*
                                                           MICHELE L. THIELHORN
                                                           Assistant United States Attorney
                                                           Counsel for Plaintiff


                                                            DANIEL J. BRODERICK
                                                           Federal Defender

DATED: March 22, 2012                   By:   /s/ *Peggy Sasso*
                                                           VICTOR M. CHAVEZ
                                                           PEGGY SASSO
                                                           Assistant Federal Defenders
                                                           Attorneys for Defendant
                                                           JAMES LEE LANKFORD


DATED: March 22, 2012                   By:   /s/ *Eric K. Fogderude*
                                                           ERIC K. FOGDERUDE
                                                           Attorney for Defendant
                                                           JON VANCE McDADE


## **ORDER**

IT IS SO ORDERED.

Dated:    March 22, 2012                                                  _____
                                                                  CHIEF UNITED STATES DISTRICT JUDGE