```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   PEGGY SASSO, Bar #228906
3  Assistant Federal Defender
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Counsel for Defendant
   JAMES LEE LANKFORD
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:10-cr-0398 AWI |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING STATUS |
|  | ) CONFERENCE; [PROPOSED] ORDER |
| v. | ) THEREON |
| JAMES LEE LANKFORD and JON VANCE MCDADE, | ) Date: June 4, 2012 |
|  | ) Time: 10:00 a.m. |
| Defendants. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michele L. Thielhorn, Counsel for Plaintiff, Assistant Federal Defenders Victor M. Chavez and Peggy Sasso, Counsel for Defendant James Lee Lankford, and Eric K. Fogderude, Counsel for Defendant Jon Vance McDade, that the status conference currently set for April 9, 2012, may be continued to June 4, at 10:00 a.m.

The reason for the continuance is to allow the parties additional time for further plea negotiations and investigation, including time for defense counsel to obtain documents necessary to its calculation of the loss amount under U.S.S.G. § 2B1.1(b). The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 3, 2012    By:    /s/ *Michele L. Thielhorn*
                                MICHELE L. THIELHORN
                                Assistant United States Attorney
                                Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 3, 2012    By:    /s/ *Peggy Sasso*
                                VICTOR M. CHAVEZ
                                PEGGY SASSO
                                Assistant Federal Defenders
                                Attorneys for Defendant
                                JAMES LEE LANKFORD


DATED: April 3, 2012    By:    /s/ *Eric K. Fogderude*
                                ERIC K. FOGDERUDE
                                Attorney for Defendant
                                JON VANCE McDADE


**ORDER**

IT IS SO ORDERED.

Dated:    April 5, 2012            _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

LANKFORD: Stipulation Continuing
Status Conference [Proposed] Order            -2-