```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  VICTOR M. CHAVEZ, Bar #113752
    PEGGY SASSO, Bar #228906
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  2300 Tulare Street, Suite 330
    Fresno, California 93721-2226
 5  Telephone: (559) 487-5561

 6  Counsel for Defendant
    JAMES LEE LANKFORD
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0398 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE; [PROPOSED] ORDER THEREON |
| v. | ) | |
| JAMES LEE LANKFORD and JON VANCE MCDADE, | ) | Date: August 27, 2012 |
| | ) | Time: 1:00 p.m. |
| Defendants. | ) | Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Stanley A. Boone, Counsel for Plaintiff, Assistant Federal Defenders Victor M. Chavez and Peggy Sasso, Counsel for Defendant James Lee Lankford, and Eric K. Fogderude, Counsel for Defendant Jon Vance McDade, that the status conference currently set for June 4, 2012, may be continued to August 27, at 1:00 p.m.

The reason for the continuance is to allow the parties additional time for further plea negotiations and investigation, including time for defense counsel to review subpoenaed documents necessary to its calculation of the loss amount under U.S.S.G. § 2B1.1(b). The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 31, 2012        By:    */s/ Stanley A. Boone*
                                  STANLEY A. BOONE
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 31, 2012        By:    */s/ Peggy Sasso*
                                  VICTOR M. CHAVEZ
                                  PEGGY SASSO
                                  Assistant Federal Defenders
                                  Attorneys for Defendant
                                  JAMES LEE LANKFORD


DATED: May 31, 2012        By:    */s/ Eric K. Fogderude*
                                  ERIC K. FOGDERUDE
                                  Attorney for Defendant
                                  JON VANCE McDADE

## ORDER

IT IS SO ORDERED.

Dated:  **June 1, 2012**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE