DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JAMES LEE LANKFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0398 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION CONTINUING STATUS CONFERENCE; [PROPOSED] ORDER |
| v. | ) ) | THEREON |
| JAMES LEE LANKFORD and JON VANCE MCDADE, | ) ) ) | Date: October 9, 2012 Time: 1:00 p.m. |
| Defendants. | ) ) | Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Stanley A. Boone and Christopher D. Baker, Counsel for Plaintiff, Assistant Federal Defenders Victor M. Chavez and Peggy Sasso, Counsel for Defendant James Lee Lankford, and Eric K. Fogderude, Counsel for Defendant Jon Vance McDade, that the status conference currently set for August 27, 2012, may be continued to **October 9, 2012, at 1:00 p.m.**

Defense counsel provided the government with approximately 2800 pages of reciprocal discovery on August 10, 2012. The parties met to review the documents on August 21, 2012, and agreed that additional time is needed for further discussion and plea negotiations. The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: August 23, 2012    By: */s/ Stanley A. Boone*
STANLEY A. BOONE
CHRISTOPHER D. BAKER
Assistant United States Attorney
Counsel for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 23, 2012    By: */s/ Peggy Sasso*
VICTOR M. CHAVEZ
PEGGY SASSO
Assistant Federal Defenders
Attorneys for Defendant
JAMES LEE LANKFORD

DATED: August 23, 2012    By: */s/ Eric K. Fogderude*
ERIC K. FOGDERUDE
Attorney for Defendant
JON VANCE McDADE

## ORDER

IT IS SO ORDERED.

Dated: **August 23, 2012**    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE