1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   CHRISTOPHER D. BAKER
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )   1:10-CR-00398 AWI
11                                   )
                  Plaintiff,         )   STIPULATION CONTINUING STATUS
12                                   )   CONFERENCE;ORDER
                                     )
13                                   )   Date:  December 10, 2012
              v.                     )   Time:  1:00 p.m.
14                                   )   Judge: Hon. Dennis L. Beck
                                     )
15                                   )
   JAMES LEE LANKFORD and JON VANCE  )
16 McDADE,                           )
                                     )
17                Defendants.        )

18

19      **IT IS HEREBY STIPULATED** by and between the parties hereto, and

20 through their respective attorneys of record herein, that the status

21 conference now set for October 9, 2012, may be continued to **December**

22 **10, 2012, at 1:00 p.m.**

23      The reason for the continuance is to allow for further plea

24 negotiations.  Specifically, the additional time is necessary for

25 further discussion regarding a potential resolution of this case

26 following the parties' recent meeting and exchange of communications

27 on September 7, 2012 and October 1, 2012, regarding case resolution.

28 The parties stipulate and agree that the interests of justice served

                 Stipulation Continuing Status Conference;Order

by granting this continuance outweigh the best interests of the

public and the defendant in a speedy trial and that the delay from

the continuance shall be excluded from the calculation of time under

the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

(B)(iv).


Dated:    10/4/2012                    BENJAMIN B. WAGNER
                                       United States Attorney


                                  By:  ___/s/_____
                                       CHRISTOPHER D. BAKER
                                       Assistant U.S. Attorney


Dated:    10/4/2012                    ___/s/_____
                                       VICTOR M. CHAVEZ
                                       PEGGY SASSO
                                       Counsel for Defendant James Lee
                                       Lankford


Dated:    10/4/2012                    ___/s/_____
                                       ERIC K. FOGDERUDE
                                       Attorney for Defendant Jon Vance
                                       McDade


                          **O R D E R**

     The intervening period of delay shall be excluded in the

interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(iv).

     IT IS SO ORDERED.

     **Dated:    October 5, 2012**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE