IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1: 10-CR-0398-AWI-2 |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING DEPOSIT OF FUNDS |
| v. | ) | |
| | ) | |
| JON VANCE McDADE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 11, 2012, the parties stipulated and on December 12, 2012, the Court ordered that "Defendants shall deposit with the Clerk of the U.S. District Court Check # 5841 payable to Jon McDade in the amount of $3,761.05, and that no amount shall be disbursed from Check # 5841 until further order of the Court."  On December 13, 2012, the Clerk of the Court issued a Minute Order that stated: "Pursuant to AO guidelines, the stipulation and order to deposit funds (dkt #73) signed by the undersigned on December 11, 2012 is ordered stiken *(sic.)*."

A review of the record reveals that the problem concerning this check is that the Clerk of the Court may not accept checks made payable to a third party.   Any such check or deposit must be made payable to the "Clerk of the Court".

//

Accordingly, the Court orders that:

1. The Minute Order dated December 13, 2012, is VACATED to the extent it prohibited Defendants from depositing *any* funds with the court;
2. Defendants shall deposit with the Clerk of the Court a check payable to the Clerk of the Court in the amount of $3,761.05; and
3. No amount shall be disbursed from this check until further order of the Court.

IT IS SO ORDERED.

Dated: January 17, 2013

SENIOR DISTRICT JUDGE