| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | VICTOR M. CHAVEZ, Bar #113752 |
| 3 | JANET BATEMAN, Bar #241210 |
| | Assistant Federal Defenders |
| 4 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 5 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 6 | |
| | Attorney for Defendant |
| 7 | JAMES LEE LANKFORD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:10-cr-0398 AWI / BAM |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER VACATING |
| | ) | OCTOBER 8, 2013 STATUS CONFERENCE |
| vs. | ) | |
| | ) | |
| JAMES LEE LANKFORD, | ) | |
| | ) | DATE: October 21, 2013 |
| *Defendant.* | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference currently scheduled for October 8, 2013 be vacated and that the status conference currently scheduled for October 21, 2013 remain. Defense has been informed that Mr. Lankford is recovering well. Mr. Lankford is scheduled to see his neurosurgeon on October 14, 2013; it is expected that at that time his neurosurgeon will medically clear him for travel to Fresno to attend his change of plea hearing currently scheduled for October 21, 2013 at 10:00 am.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that time shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

*Lankford Stipulation and Order*

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 3, 2013 | | By: | */s/ Christopher D. Baker*<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 3, 2013 | | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>VICTOR M. CHAVEZ<br>JANET BATEMAN<br> Assistant Federal Defenders<br>Attorneys for Defendant<br>JAMES LEE LANKFORD |

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for October 8, 2013 shall be vacated and the status conference scheduled for October 21, 2013 shall remain. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

*/s/*

IT IS SO ORDERED.

Dated:  October 3, 2013

_____
SENIOR DISTRICT JUDGE

*Lankford Stipulation and Order*