1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   MICHAEL G. TIERNEY
3  HEATHER MARDEL JONES
   Assistant United States Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for Plaintiff
7  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JON JON VANCE LANKFORD,
  aka Jon Vance McDade
  aka Jon Jon Vance McDade

    Defendant.

CASE NO. 1:10:CR-00398-AWI-BAM

**ORDER FOR FORFEITURE MONEY JUDGMENT**

Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant Jon Jon Vance Lankford aka Jon Vance McDade aka Jon Jon Vance McDade,

IT IS HEREBY ORDERED that

1. Defendant Jon Jon Vance Lankford aka Jon Vance McDade aka Jon Jon Vance McDade shall forfeit to the United States $495,000, and the Court imposes a personal forfeiture money judgment against the defendant in that amount.

2. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment

Order for Forfeiture Money Judgment     1

shall be seized and held by the United States Marshals Service, in its secure custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $495,000 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: October 10, 2013

SENIOR DISTRICT JUDGE

Order for Forfeiture Money Judgment          2