1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   MICHAEL G. TIERNEY
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) NO. 1:10-CR-00398 AWI
                                )
12         Plaintiff,            )
                                )  APPLICATION AND ORDER REGARDING
13    v.                         )  FINANICAL DISCLOSURES
                                )
14 JAMES LEE LANKFORD,           )
                                )
15         Defendant.            )
                                )
16                              )
                                )
17 _____)

18     On October 21, 2013, the Defendant herein, JAMES LEE LANKFORD

19 , entered a guilty plea to Counts One, Three, Four, Five,

20 Thirteen, Thirty-Four and Forty-Eight of the Indictment, which charge

21 him with Mail Fraud, in violation of 18 U.S.C. § 1341.

22     As part of his Plea Agreement with the United States, the

23 Defendant agreed to make full and complete disclosure of his assets

24 and financial condition, and to complete the United States Attorney's

25 Office's "Authorization to Release Information" and "Financial

26 Statement Pre-Sentencing Disclosure" (Financial Affidavit) within

27 five (5) weeks from the entry of Defendant's change of plea (see Doc.

28 #112, ¶3(k)). The Defendant also agreed to have the Court enter an

-1-
APPLICATION AND [PROPSED] ORDER REGARDING FINANCIAL DISCLOSURES

order to that effect (id.).

Accordingly, the United States hereby applies for entry of an order as follows:

1. The Defendant herein, JAMES LEE LANKFORD, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721, no later than November 25, 2013.

Dated: November 7, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:10-CR-00398 AWI |
| Plaintiff, | ) ORDER REGARDING FINANCIAL |
| | ) DISCLOSURES |
| v. | ) |
| JAMES LEE LANKFORD, | ) |
| Defendant. | ) |

The Defendant herein, JAMES LEE LANKFORD, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than November 25, 2013.

IT IS SO ORDERED.

Dated: November 8, 2013  _____
SENIOR DISTRICT JUDGE

-1-
ORDER REGARDING FINANCIAL DISCLOSURES